# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 4:19-CR-00159-RSB-CLR |
| | ) | |
| DINO SORIANO | ) | |

## ORDER APPROVING LEAVE OF ABSENCE

The Court, having read and considered counsel's Motion for Leave of Absence, and for good cause shown therein, counsel's Motion for Leave of Absence is hereby GRANTED for the following dates:

    a.    October 28 & 29, 2019, for the purpose of mediation;

    b.    November 18 & 19, 2019, for the purpose of a personal trip; and

    c.    November 25 & 26, 2019, for the purpose of mediation.

It is further ORDERED that should a hearing be set during those dates, counsel may provide for a fitting substitute to handle the matter.

SO ORDERED this 24th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA