**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-159 |
| DINO SORIANO, | |

**O R D E R**

Based upon the application of the Government, and for good cause shown therein, it is hereby **ORDERED** that the Government=s Motion for Downward Departure be sealed until further Order of this Court, excepting only such disclosures as the government deems necessary to comply with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963).

**SO ORDERED**, this 27th day of February, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA